**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-6021**

————————

JOSEPH PATRICK PAYNE, SR.,

Plaintiff - Appellant,

versus

THOMAS B. FAIRBURN; GARLAND STOKES; WILLIAM P.
ROGERS; JOHN B. TAYLOR; EDWARD MURRAY, Direc-
tor; FRED E. JORDON, JR.; SAM FILIPIO; PAUL
WATSON, JR., ROBERT FRANCIS SMITH, JR.; EDGAR
ASHER; WILLIAM HOWARD MILLER; TERRY STILTONER,

Defendants - Appellees,

and

JOHN LATANE LEWIS, III,

Defendant.

————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge. (CA-88-1212-AM, CA-93-322-AM)

————————

Submitted:  October 22, 1996          Decided:  November 5, 1996

————————

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Joseph Patrick Payne, Sr., Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Payne v. Fairburn, Nos. CA-88-1212-AM; CA-93-322-AM (E.D. Va. Nov. 16, 1995); see also Heck v. Humphrey, ___ U.S. ___, 62 U.S.L.W. 4594 (U.S. June 24, 1994) (No. 93-6188). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED